# EXHIBIT 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by Ideagen, Ltd. ("Ideagen"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Ideagen systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to Ideagen's Please Review document management solution. (*see, e.g.*, PleaseReview v6.4 Quick Guide, https://ideagen-pleasereview-portal.s3.amazonaws.com/PleaseReview%20v6.4%20Quick%20Guide%20to%20Reviewing%20a%20Word%20Document.pdf#page=1) (Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate Ideagen's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Ideagen has not yet provided any non-public information. An analysis of Ideagen's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that Ideagen directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through Ideagen's provision of the Accused Instrumentalities. However, to the extent that Ideagen attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences

1 of 43

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Ideagen.  Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)", which uses a system for proofing electronic documents delivered over a network.<br><br><br><br>Source: Ideagen announces acquisition of PleaseTech Ltd<br><br>https://www.ideagen.com/company/news/ideagen-announces-acquisition-of-pleasetech-ltd (annotations added)<br><br><br><br>Source: Ideagen announces acquisition of PleaseTech Ltd<br><br>https://www.ideagen.com/company/news/ideagen-announces-acquisition-of-pleasetech-ltd (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | He stated: "PleaseTech brings to the Group outstanding intellectual property in the form of its PleaseReview software which will complement our existing product suite, particularly helping to strengthen our position in Life Sciences. |
| | Source: Ideagen announces acquisition of PleaseTech Ltd |
| | https://www.ideagen.com/company/news/ideagen-announces-acquisition-of-pleasetech-ltd (annotations added) |
| | Its PleaseReview software provides simultaneous, controlled and secure collaboration for review, co-authoring and redaction resulting in faster document development and enhanced quality. Reporting and metrics ensure transparency, accountability and facilitate process improvements. |
| | Source: Ideagen announces acquisition of PleaseTech Ltd |
| | https://www.ideagen.com/company/news/ideagen-announces-acquisition-of-pleasetech-ltd (annotations added) |
| | **PleaseReview v6.4 guide to reviewing a Word document** |
| | This quick guide provides an overview of using PleaseReview to review a Word document. |
| | **Accessing a review** |
| | You can access a review either via the link in the email invitation or by selecting the 'Enter' link from your PleaseReview inbox. Either method will take you to the review interface. |
| | Source: PleaseReview v6.4 Quick Guide, p.1 |
| | https://ideagen-pleasereview-portal.s3.amazonaws.com/PleaseReview%20v6.4%20Quick%20Guide%20to%20Reviewing%20a%20Word%20Document.pdf#page=1(annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

### 3. User Types and Roles

There are several main roles in PleaseReview and users can be allocated different roles in different Workgroups.

- **Owner (Secretariat)**: the review Owner sets up and is in control of the review. An Owner can initiate a review (selecting the document(s), participants, allocating various roles to the participants, and setting other parameters of the review), set up personal distribution lists, monitor the review, close-out and complete the review (i.e. make it read-only or archived), and compile comments.

- **Author (OCS Manager/Contact Point or OCS Deputy)**: The review Owner automatically has Author permissions but can appoint one additional Author (OCS Deputy). Authors are able to accept and/or close other Reviewers' comments/changes. The OCS Manager/Contact Point is the only user able to submit final comments to the Secretariat on behalf of his/her group.

- **Reviewer**: Reviewers are participant types able to add comments and, for certain document types, propose changes to the documents. A Reviewer can reply to other Reviewers' comments and there can be multiple Reviewers in each review (up to three in each workgroup).

Source: IPPC_OCS_UserManual, p.4

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=4 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.

An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)", which uses a database (i.e. server) of documents including portable format electronic documents.<br><br><br><br>Source: IPPC_OCS_UserManual, p.8<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added)<br><br>Refreshes the document. This will re-load the document and all comments, etc. fr the server.<br><br>Source: IPPC_OCS_UserManual, p.9<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=9 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

**8. Document page view (navigation, review and comment panes)**

Once in the review, the document is displayed in the central 'Review pane' whilst the document's navigation is displayed in the left hand 'navigation pane' and the 'comment pane' is displayed in the right hand of the screen (as customized for IPPC and shown below). There is a toolbar across the top of the panes which provides functions required for user interaction.

Source: IPPC_OCS_UserManual, p.7

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=7 (annotations added)



Source: IPPC_OCS_UserManual, p.8

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

The Accused Instrumentalities include the database of portable format electronic documents stored together with at least one proofer identifier.

In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)", which uses a database of document (portable format electronic documents), stored together with at least one proofer identifier.



### 1. Homepage and dashboard

The OCS homepage includes the login box, links to training material and documents under consultation and contacts for assistance. The page is currently available in English, French and Spanish.

Source: IPPC_OCS_UserManual, p.3

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=3 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

2. **Login and how to retrieve your password**

Source: IPPC_OCS_UserManual, p.3

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=3 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

### 3. User Types and Roles

There are several main roles in PleaseReview and users can be allocated different roles in different Workgroups.

- **Owner (Secretariat)**: the review Owner sets up and is in control of the review. An Owner can initiate a review (selecting the document(s), participants, allocating various roles to the participants, and setting other parameters of the review), set up personal distribution lists, monitor the review, close-out and complete the review (i.e. make it read-only or archived), and compile comments.
- **Author (OCS Manager/Contact Point or OCS Deputy)**: The review Owner automatically has Author permissions but can appoint one additional Author (OCS Deputy). Authors are able to accept and/or close other Reviewers' comments/changes. The OCS Manager/Contact Point is the only user able to submit final comments to the Secretariat on behalf of his/her group.
- **Reviewer**: Reviewers are participant types able to add comments and, for certain document types, propose changes to the documents. A Reviewer can reply to other Reviewers' comments and there can be multiple Reviewers in each review (up to three in each workgroup).

Source: IPPC_OCS_UserManual, p.4

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=4 (annotations added)



Source: IPPC_OCS_UserManual, p.6

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=6 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.6

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=6 (annotations added)

The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.

An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments.<br><br>In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)" which uses a computer connectable to the network for receiving reviewers' annotations (comments). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: PleaseReview v6.4 Quick Guide, p.1

https://ideagen-pleasereview-portal.s3.amazonaws.com/PleaseReview%20v6.4%20Quick%20Guide%20to%20Reviewing%20a%20Word%20Document.pdf#page=1 (annotations added)

**Lone Star Document Management LLC's Initial Evidence of Infringement**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | **3. User Types and Roles**<br><br>There are several main roles in PleaseReview and users can be allocated different roles in different Workgroups.<br><br>• **Owner (Secretariat)**: the review Owner sets up and is in control of the review. An Owner can initiate a review (selecting the document(s), participants, allocating various roles to the participants, and setting other parameters of the review), set up personal distribution lists, monitor the review, close-out and complete the review (i.e. make it read-only or archived), and compile comments.<br><br>• **Author (OCS Manager/Contact Point or OCS Deputy)**: The review Owner automatically has Author permissions but can appoint one additional Author (OCS Deputy). Authors are able to accept and/or close other Reviewers' comments/changes. The OCS Manager/Contact Point is the only user able to submit final comments to the Secretariat on behalf of his/her group.<br><br>• **Reviewer**: Reviewers are participant types able to add comments and, for certain document types, propose changes to the documents. A Reviewer can reply to other Reviewers' comments and there can be multiple Reviewers in each review (up to three in each workgroup).<br><br>Source: IPPC_OCS_UserManual, p.4<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=4 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

|  | **11. Comment categories**<br><br>Four comment categories are available:<br><br>- EDITORIAL: This type of comment clarifies or simplifies the text without changing the meaning. This includes spelling or grammatical corrections, suggestions of different but equivalent words, and simplification of sentence structure.<br>- SUBSTANTIVE: This type of comment takes into account conceptual changes and the addition of new aspects or ideas. This class of comments contains additions or extensions as well as changes, reorganization of the text or deletions resulting in alteration of the content of a sentence / paragraph / section of the draft. It is that this point is addressed in the revision process in some way.<br>- TECHNICAL: This type of comment takes into account scientific corrections and technical adjustments. It aims at further clarification and improvement of the standard and sometimes at conformity with other standards from the technical viewpoint. These comments are incorporated unless there is disagreement or some misunderstanding.<br>- TRANSLATION: This type of comment corrects points that are considered to be inaccurately translated into another language version of the text.<br><br>These can be selected in the comment pane on the right hand column of the screen after the proposed change and relevant comment have been inserted.<br><br>Source: IPPC_OCS_UserManual, p.10<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=10 (annotations added) |
|---|

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



General comments can also be made at the document level (see section 11) and when updating your participant status (in the box reading "Enter an optional summary comment to appear on the author's review status page as per image below).

Source: IPPC_OCS_UserManual, p.10

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=10 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.8

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.14

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=14 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.<br><br>In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)" which uses a computer connectable to the network for receiving reviewers' annotations (comments), each concerning a particular one of the portable format documents.<br><br> Refreshes the document. This will re-load the document and all comments, etc. fr the server.<br><br>Source: IPPC_OCS_UserManual, p.9<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=9 (annotations added)<br><br>**8. Document page view (navigation, review and comment panes)**<br><br>Once in the review, the document is displayed in the central 'Review pane' whilst the document's navigation is displayed in the left hand 'navigation pane' and the 'comment pane' is displayed in the right hand of the screen (as customized for IPPC and shown below). There is a toolbar across the top of the panes which provides functions required for user interaction.<br><br>Source: IPPC_OCS_UserManual, p.7<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=7 (annotations added) |

## LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

### U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16



Source: IPPC_OCS_UserManual, p.8

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents;** | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.**<br><br>The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)" which includes a program executing on computer for associating and storing the received "plurality of comments" together with "document" (i.e., particular portable format electronic documents) in database (i.e., server). |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16



Source: PleaseReview v6.4 Quick Guide, p.1

https://ideagen-pleasereview-portal.s3.amazonaws.com/PleaseReview%20v6.4%20Quick%20Guide%20to%20Reviewing%20a%20Word%20Document.pdf#page=1 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

|  |  |
|---|---|
|  | **3. User Types and Roles**<br><br>There are several main roles in PleaseReview and users can be allocated different roles in different Workgroups.<br><br>• **Owner (Secretariat)**: the review Owner sets up and is in control of the review. An Owner can initiate a review (selecting the document(s), participants, allocating various roles to the participants, and setting other parameters of the review), set up personal distribution lists, monitor the review, close-out and complete the review (i.e. make it read-only or archived), and compile comments.<br><br>• **Author (OCS Manager/Contact Point or OCS Deputy)**: The review Owner automatically has Author permissions but can appoint one additional Author (OCS Deputy). Authors are able to accept and/or close other Reviewers' comments/changes. The OCS Manager/Contact Point is the only user able to submit final comments to the Secretariat on behalf of his/her group.<br><br>• **Reviewer**: Reviewers are participant types able to add comments and, for certain document types, propose changes to the documents. A Reviewer can reply to other Reviewers' comments and there can be multiple Reviewers in each review (up to three in each workgroup).<br><br>Source: IPPC_OCS_UserManual, p.4<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=4 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | **11. Comment categories**<br><br>Four comment categories are available:<br><br>• EDITORIAL: This type of comment clarifies or simplifies the text without changing the meaning. This includes spelling or grammatical corrections, suggestions of different but equivalent words, and simplification of sentence structure.<br><br>• SUBSTANTIVE: This type of comment takes into account conceptual changes and the addition of new aspects or ideas. This class of comments contains additions or extensions as well as changes, reorganization of the text or deletions resulting in alteration of the content of a sentence / paragraph / section of the draft. It is that this point is addressed in the revision process in some way.<br><br>• TECHNICAL: This type of comment takes into account scientific corrections and technical adjustments. It aims at further clarification and improvement of the standard and sometimes at conformity with other standards from the technical viewpoint. These comments are incorporated unless there is disagreement or some misunderstanding.<br><br>• TRANSLATION: This type of comment corrects points that are considered to be inaccurately translated into another language version of the text.<br><br>These can be selected in the comment pane on the right hand column of the screen after the proposed change and relevant comment have been inserted.<br><br>Source: IPPC_OCS_UserManual, p.10<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=10 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



General comments can also be made at the document level (see section 11) and when updating your participant status (in the box reading "Enter an optional summary comment to appear on the author's review status page as per image below).

Source: IPPC_OCS_UserManual, p.10

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=10 (annotations added)

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16

| |
|---|
| **8. Document page view (navigation, review and comment panes)**<br><br>Once in the review, the document is displayed in the central 'Review pane' whilst the document's navigation is displayed in the left hand 'navigation pane' and the 'comment pane' is displayed in the right hand of the screen (as customized for IPPC and shown below). There is a toolbar across the top of the panes which provides functions required for user interaction.<br><br>Source: IPPC_OCS_UserManual, p.7<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=7 (annotations added)<br><br><br><br>Source: IPPC_OCS_UserManual, p.8<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.8

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added)

Source: IPPC_OCS_UserManual, p.9

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=9 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.14

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=14 (annotations added)

The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document;** | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier.<br><br>In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)" which includes a computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier).<br><br>**Remember Me**: Checking this box will mean that in future you will automatically be logged PleaseReview when you access it from the same user profile on the same computer.<br><br>Source: IPPC_OCS_UserManual, p.3<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=3 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

### 1. Homepage and dashboard

The OCS homepage includes the login box, links to training material and documents under consultation and contacts for assistance. The page is currently available in English, French and Spanish.



Source: IPPC_OCS_UserManual, p.3

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=3 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| |
|---|
| 2. **Login and how to retrieve your password**<br><br>PleaseReview™ login<br><br>please enter your username and password<br><br>User name [_____]<br>Password [_____]<br>☐ Remember me<br>[Login]<br>Forgotten Password<br><br>Source: IPPC_OCS_UserManual, p.3<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=3 (annotations added)<br><br>3. **User Types and Roles**<br>There are several main roles in PleaseReview and users can be allocated different roles in different Workgroups.<br><br>• **Owner (Secretariat)**: the review Owner sets up and is in control of the review. An Owner can initiate a review (selecting the document(s), participants, allocating various roles to the participants, and setting other parameters of the review), set up personal distribution lists, monitor the review, close-out and complete the review (i.e. make it read-only or archived), and compile comments.<br>• **Author (OCS Manager/Contact Point or OCS Deputy)**: The review Owner automatically has Author permissions but can appoint one additional Author (OCS Deputy). Authors are able to accept and/or close other Reviewers' comments/changes. The OCS Manager/Contact Point is the only user able to submit final comments to the Secretariat on behalf of his/her group.<br>• **Reviewer**: Reviewers are participant types able to add comments and, for certain document types, propose changes to the documents. A Reviewer can reply to other Reviewers' comments and there can be multiple Reviewers in each review (up to three in each workgroup).<br><br>Source: IPPC_OCS_UserManual, p.4<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=4 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)", which includes a computer receiving a request from Reviewer (proofer) presenting their user ID (i.e., proofing identifier) to review the document (i.e., portable format document).



Source: IPPC_OCS_UserManual, p.5

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=5 (annotations added)

**8. Document page view (navigation, review and comment panes)**

Once in the review, the document is displayed in the central 'Review pane' whilst the document's navigation is displayed in the left hand 'navigation pane' and the 'comment pane' is displayed in the right hand of the screen (as customized for IPPC and shown below). There is a toolbar across the top of the panes which provides functions required for user interaction.

Source: IPPC_OCS_UserManual, p.7

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=7 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

Review status options are explained below:

| Review Status | Description |
|---|---|
| In progress | The Reviewer has started reviewing the document(s). This status is set automatically by PleaseReview once you enter the review for the first time. On leaving the review you have the option to leave your status as 'In progress', or to indicate that you have completed your review by selecting 'Completed'. |

Source: IPPC_OCS_UserManual, p.12

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=12 (annotations added)

| Completed | The Reviewer has indicated that they have completed their review of the document(s). Note: this is purely a status flag and it is possible for the Reviewer to go back into the review to comment at any time (regardless of this setting) until the Owner has 'Closed' the review. |
|---|---|
| Offline | The Reviewer is reviewing the document 'Offline'. |

Source: IPPC_OCS_UserManual, p.13

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=13 (annotations added)



Source: IPPC_OCS_UserManual, p.6

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=6 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.6

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=6 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.8

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)", which provides program for retrieving and formatting "document" (i.e., the requested document).<br><br><br><br>Source: IPPC_OCS_UserManual, p.16<br><br>https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=16 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

**3. User Types and Roles**

There are several main roles in PleaseReview and users can be allocated different roles in different Workgroups.

- **Owner (Secretariat)**: the review Owner sets up and is in control of the review. An Owner can initiate a review (selecting the document(s), participants, allocating various roles to the participants, and setting other parameters of the review), set up personal distribution lists, monitor the review, close-out and complete the review (i.e. make it read-only or archived), and compile comments.

- **Author (OCS Manager/Contact Point or OCS Deputy)**: The review Owner automatically has Author permissions but can appoint one additional Author (OCS Deputy). Authors are able to accept and/or close other Reviewers' comments/changes. The OCS Manager/Contact Point is the only user able to submit final comments to the Secretariat on behalf of his/her group.

- **Reviewer**: Reviewers are participant types able to add comments and, for certain document types, propose changes to the documents. A Reviewer can reply to other Reviewers' comments and there can be multiple Reviewers in each review (up to three in each workgroup).

Source: IPPC_OCS_UserManual, p.4

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=4 (annotations added)

The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

In particular, the Accused Instrumentalities include "PleaseTech (PleaseReview software)", which includes a program for retrieving and formatting "document" (i.e., the requested document) together with the associated plurality of comments for simultaneous display to permit review.

**8. Document page view (navigation, review and comment panes)**

Once in the review, the document is displayed in the central 'Review pane' whilst the document's navigation is displayed in the left hand 'navigation pane' and the 'comment pane' is displayed in the right hand of the screen (as customized for IPPC and shown below). There is a toolbar across the top of the panes which provides functions required for user interaction.

Source: IPPC_OCS_UserManual, p.7

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=7 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.8

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=8 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



General comments can also be made at the document level (see section 11) and when updating your participant status (in the box reading "Enter an optional summary comment to appear on the author's review status page as per image below).

Source: IPPC_OCS_UserManual, p.10

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=10 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

| | |
|---|---|
| | An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| Claim 16 | Accused Instrumentalities |
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.**<br><br>The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>The Accused Instrumentalities include "PleaseTech (PleaseReview software)" which provide a program for retrieving a record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**



Source: IPPC_OCS_UserManual, p.4

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=4 (annotations added)

## Accessing a review

You can access a review either via the link in the email invitation or by selecting the 'Enter' link from your PleaseReview inbox. Either method will take you to the review interface.

Source: PleaseReview v6.4 Quick Guide, p.1

https://ideagen-pleasereview-portal.s3.amazonaws.com/PleaseReview%20v6.4%20Quick%20Guide%20to%20Reviewing%20a%20Word%20Document.pdf#page=1 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

## 19. Retrieving comments

The review closeout screen allows the review Owner to download reviewed documents, complete with aggregated comments and proposed changes, and access a report for other formats.

| File name | Title | Details |
|---|---|---|
| Sample policy document.doc | Sample policy document.doc | Download |
| sample ls.pdf | sample ls.pdf | Display |
| Intro to pleasereview (demo short).ppt | Intro to pleasereview (demo short).ppt | Display |
| Folder 3 Image Docs only.zip | Folder 3 Image Docs only.zip | Display |

download documents with comments marked as tracked changes    Select Comments

**Download All**

The document/report is retrieved by selecting the 'Download' or 'Display' link. Selecting the 'Download All' option will download a zip file containing all documents available in PleaseReview which have the download option.

Source: IPPC_OCS_UserManual, p.16

https://www.ippc.int/static/media/files/publication/en/2016/04/IPPC_OCS_UserManual_Summary_2016-03-21.pdf#page=16 (annotations added)

The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ideagen, Ltd. - Claim 16**

|  | An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |